**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AISHA RAHEEL, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

Narifuri America, Inc.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case no. 1:24-cv-7035

NOTICE OF MOTION FOR DEFAULT JUDGMENT

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, AISHA RAHEEL hereby move, at a date and time to be set by the Court, before the Honorable Judge Frederic Block, at the Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East Brooklyn, NY 11201, for an Order granting Plaintiff's Motion for Default Judgment.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: February 6, 2025

Respectfully Submitted,

Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
(718) 914-9694
acohen@ashercohenlaw.com
*Attorney for Plaintiff*

1